UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

N.D. Cal. Case No. CV-08-2624-JCS
RETURN OF AUTHORIZED SERVICE

LEVI STRAUSS & CO.
                Plaintiff

-vs-

KOOKS CO., LTD.
                Defendant

Civil Cover Sheet, Summons in a Civil Action, Complaint for Trademark Infringement, Trademark Dilution and Unfair Competition (Injunctive Relief Sought), Certification of Interested Parties, Order Setting Initial Case Management Conference and ADR Deadlines, Form Civil Standing Orders for Magistrate Judge Joseph C. Spero, Form Standing Order re: Case Management Conference, Form Standing Order for all Judges of the Northern District of California-Contents of Joint Case Management Statement, Notice of Rule Discontinuing Service by Mail, ECF Registration Information Handout, USDC Information Handout, Form Drop Box Filing Procedures and Notice of Assignment of Case to a U.S. Magistrate Judge to Exercise for Trial, Form Consent to Proceed Before a U.S. Magistrate Judge and Form Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a U.S. District Judge

Received by 1-800-SERVE-EM on May 28, 2008 at 6:38 PM to be served on Kooks Co., Ltd., 431 Washington Street New York, NY 10013.

I, James Cagney, who being duly sworn, depose and say that on May 29, 2008 at 12:35 PM, I:

Served Kooks Co., Ltd. by delivering a true copy of the Civil Cover Sheet, Summons in a Civil Action, Complaint for Trademark Infringement, Trademark Dilution and Unfair Competition (Injunctive Relief Sought), Certification of Interested Parties, Order Setting Initial Case Management Conference and ADR Deadlines, Form Civil Standing Orders for Magistrate Judge Joseph C. Spero, Form Standing Order re: Case Management Conference, Form Standing Order for all Judges of the Northern District of California-Contents of Joint Case Management Statement, Notice of Rule Discontinuing Service by Mail, ECF Registration Information Handout, USDC Information Handout, Form Drop Box Filing Procedures and Notice of Assignment of Case to a U.S. Magistrate Judge to Exercise for Trial, Form Consent to Proceed Before a U.S. Magistrate Judge and Form Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a U.S. District Judge with the date and hour of service endorsed thereon by me, to Shaun Kilfoyle, authorized to accept service at 431 Washington Street New York, NY 10013.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

James Cagney
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008302190
Reference: N.D. Cal. Case No. CV-08-2624-JCS