1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   RAQUEL PACHECO (Bar # 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: gsgilchrist@townsend.com,
   glcincone@townsend.com, rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9              UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LEVI STRAUSS & CO.,                    | Case No. CV 08-2624 JCS
13 |              Plaintiff,                | **CONSENT TO PROCEED BEFORE
   |                                        | A UNITED STATES MAGISTRATE
14 |      v.                                | JUDGE**
15 | KOOKS CO., LTD.,
16 |              Defendant.

17

18     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
19 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
20 proceedings in the case, including trial, and order the entry of a final judgment. Appeals from the
21 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
22

23 DATED: July 8, 2008              Respectfully submitted,

24                                  TOWNSEND AND TOWNSEND AND CREW LLP

25

26                                  By:_____
                                       Raquel Pacheco
27                                     Attorneys for Plaintiff
                                       LEVI STRAUSS & CO.
28 61423222 v1