| | |
|---|---|
| 1 | Matthew Stavish (State Bar No. 15791)<br>BERENATO, WHITE & STAVISH |
| 2 | 6550 Rock Spring Drive, Ste. 240<br>Bethesda, MD 20817 |
| 3 | Telephone: (301) 896-0600<br>Facsimile: (301) 896-0607 |
| 4 | mstavish@bwsiplaw.com |
| 5 | Attorneys for Defendant Kooks Co., Ltd. |
| 6 | Gary M. Anderson (State Bar No. 97385)<br>FULWIDER PATTON LLP |
| 7 | Howard Hughes Center<br>6060 Center Drive, Tenth Floor |
| 8 | Los Angeles, California 90045<br>Telephone: (310) 824-5555 |
| 9 | Facsimile: (310) 824-9696<br>litdocketla@fulpat.com |
| 10 | |
| 11 | Local Counsel for Defendant Kooks Co., Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| Levi Strauss & Co.,<br><br>       Plaintiff,<br><br>    v.<br><br>Kooks Co., Ltd.,<br><br>       Defendant. | CASE NO. CV 08-02624 JCS<br><br>**NOTICE OF APPEARANCE OF GARY M. ANDERSON** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Gary M. Anderson of Fulwider Patton LLP hereby enters his appearance as local counsel on behalf of Defendant Kooks Co., Ltd. Please add Gary M. Anderson as an attorney to be noticed in this case with the following contact information:

Gary M. Anderson, Esq.
Fulwider Patton LLP
6060 Center Drive, Tenth Floor
Los Angeles, CA 90045
Email ganderson@fulpat.com
Tel (310) 824-5555
Fax (310) 824-9696

DATED: August 27 2008

Respectfully submitted,

FULWIDER PATTON LLP

By: _____
Gary M. Anderson
Local Counsel for Defendant Kooks Co., Ltd.


BERENATO, WHITE & STAVISH
   Matthew Stavish
   Attorneys for Defendant Kooks Co., Ltd.

## CERTIFICATE OF SERVICE

I certify that on **August 27, 2008**, the foregoing **NOTICE OF APPEARANCE OF GARY M. ANDERSON** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participant(s) e-mail address(es) denoted on the attached Electronic Mail Notice List. For Parties who are not Filing Users, I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participant(s), if any, indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2008.

/S/ Gary M. Anderson
Gary M. Anderson

304079.1

# Mailing Information for a Case 3:08-cv-02624-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gia L. Cincone**
  glcincone@townsend.com,jschnell@townsend.com,clpetrich@townsend.com

- **Gregory S. Gilchrist**
  gsgilchrist@townsend.com,clpetrich@townsend.com

- **Raquel Pacheco**
  rpacheco@townsend.com,ecasillas@townsend.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`