1  Matthew Stavish (State Bar No. 15791)
   BERENATO, WHITE & STAVISH
2  6550 Rock Spring Drive, Ste. 240
   Bethesda, MD 20817
3  Telephone: (301) 896-0600
   Facsimile: (301) 896-0607
4  mstavish@bwsiplaw.com

5  Attorneys for Defendant Kooks Co., Ltd.

6  Gary M. Anderson (State Bar No. 97385)
   FULWIDER PATTON LLP
7  Howard Hughes Center
   6060 Center Drive, Tenth Floor
8  Los Angeles, California 90045
   Telephone: (310) 824-5555
9  Facsimile: (310) 824-9696
   litdocketla@fulpat.com
10
   Local Counsel for Defendant Kooks Co., Ltd.
11

12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                         San Francisco Division
16

| Levi Strauss & Co., | CASE NO. CV 08-02624 JCS |
|---|---|
| Plaintiff, | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| Kooks Co., Ltd., | **AND** |
| Defendant. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

///
///
///
///
///
///
///

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
JUDGE                                                          1
Civil Action No. CV 08-02624 JCS

304055.

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 27, 2008

Respectfully submitted,

FULWIDER PATTON LLP

By: _____
Gary M. Anderson
Local Counsel for Defendant Kooks Co., Ltd.

BERENATO, WHITE & STAVISH
Matthew Stavish
Attorneys for Defendant Kooks Co., Ltd.

304055.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Civil Action No. CV 08-02624 JCS

2

# CERTIFICATE OF SERVICE

I certify that on **August 27, 2008**, the foregoing **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participant(s) e-mail address(es) denoted on the attached Electronic Mail Notice List. For Parties who are not Filing Users, I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participant(s), if any, indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2008.

/S/ Gary M. Anderson
Gary M. Anderson

304083.1

# Mailing Information for a Case 3:08-cv-02624-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gia L. Cincone**
  glcincone@townsend.com,jschnell@townsend.com,clpetrich@townsend.com

- **Gregory S. Gilchrist**
  gsgilchrist@townsend.com,clpetrich@townsend.com

- **Raquel Pacheco**
  rpacheco@townsend.com,ecasillas@townsend.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)