**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVIS STRAUSS & CO., | No. C 08-02624 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| KOOKS CO., LTD., | |
| Defendant. / | |

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for thirty days.

**IT IS SO ORDERED.**

Dated: September 15, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE